## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index # 08 civ.3757                                              Purchased/Filed: April 21, 2008
STATE OF NEW YORK    UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT

---

*Trustees of the Teamsters Local 456 Pension, Health & Welfare, Annuity, Education & Training, S.U.B., Industry Advancement and Legal Services Fund and the Westchester Teamsters Local*    Plaintiff

against

*The Losco Group, Inc.*    Defendant

---

STATE OF NEW YORK
COUNTY OF ALBANY    SS.:

_____ Jessica Miller _____ , being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on _____ April 24, 2008 _____ , at __ 2:00pm __ , at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Summons in a Civil Action, Rule 7.1 and Complaint

on

_____ The Losco Group, Inc. _____ , the Defendant in this action, by delivering to and leaving with _____ Chad Matice _____ , AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, __ 2 __ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of __ 40 __ dollars; That said service was made pursuant to Section __ 306 Business Corporation Law __ .

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served:  Approx. Age: __ 28 __    Approx. Wt: __ 200 __    Approx. Ht: __ 6'0" __
Color of skin: __ White __    Hair color: __ Brown __    Sex: __ M __    Other: _____

Sworn to before me on this

28th day of    April, 2008

DONNA M. TIDINGS
NOTARY PUBLIC, State of New York
No. 01TI4898570, Qualified in Albany County
Commission Expires June 15, 2011

Jessica Miller

Invoice-Work Order # SP0804118

**SERVICO, INC. - PO BOX 871 - ALBANY, NEW YORK 12201 - PH 518-463-4179**