# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x

Trustees of the Teamsters Local 456 Pension, Health & Welfare Annuity, Education & Training, S.U.B. Industry Advancement and Legal Services Funds and the Westchester Teamsters Local Union No. 456,

                                                 Plaintiffs,

-against-                                                          08 Civ.3757 (SCR)

                                                                       **SUBSTITUTION OF ATTORNEY**

THE LOSCO GROUP, INC.,

                                                Defendants.

-------------------------------------------------------------------x

     PLEASE TAKE NOTICE, that Karin Arrospide, Esq., who was counsel of record for Plaintiff(s) in this action, is no longer associated with this firm, and that Giacchino Russo, Esq. is hereby substituted as counsel of record.

Dated: Elmsford, NY
July 28, 2008

                                                          Barnes, Iaccarino, Virginia,
                                                          Ambinder & Shepherd, PLLC

                                                          By: _____
                                                          Giacchino Russo, Esq.
                                                          258 Saw Mill River Road
                                                          Elmsford, NY 10523
                                                          (914) 592-1515

SO ORDERED:

_____

HONORABLE JUDGE STEPHEN C. ROBINSON, U.S.D.J